UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHAN AIR, INC.; KERRY ACQUISITIONS, LLC.; and KOOSHAREM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DASSAULT FALCON JET CORP.; DASSAULT AVIATION; DASSAULT AIRCRAFT SERVICES; FLIGHT SAFETY INTERNATIONAL; and DOES 1-10,<br><br>Defendants. | CASE NO: CV 08-7294 VBF (CWx)<br><br>Judge: Hon. Valerie Baker Fairbank<br>Magistrate Judge: Hon. Carla Woehrle<br><br>**JUDGMENT**<br><br>Trial Date: May 3, 2011<br>Time: 9:00 a.m.<br>Courtroom: 9 |

This matter was duly tried before a jury, commencing on May 3, 2011, the Honorable Valerie Baker Fairbank presiding. The matter was duly submitted to the jury in two phases -- the first for liability and the second for damages -- by means of a special verdict consisting of a series of questions. On May 20, 2011 and May 25, 2011, according to the instructions given to the jury, the jury returned its verdict by

way of its answers to the questions propounded to it. In accordance with the verdict so rendered by the jury in this matter,

IT IS ADJUDGED that:

1. Plaintiffs Trishan Air, Inc., Kerry Acquisitions, LLC, and Koosharem Corporation recover the sum of $11,693,222.85 from defendants Dassault Falcon Jet Corp. and Dassault Aviation on their claim for breach of express warranty as set forth in the third cause of action of Plaintiffs' Second Amended Complaint.
2. Plaintiffs Trishan Air, Inc., Kerry Acquisitions, LLC, and Koosharem Corporation recover costs in an amount to be determined from defendants Dassault Falcon Jet Corp. and Dassault Aviation on their claim for breach of express warranty as set forth in the third cause of action of Plaintiffs' Second Amended Complaint.
3. Plaintiffs take nothing from defendant Flight Safety International on any claim against said defendant in this matter.
4. Defendant and third-party plaintiff Flight Safety International takes nothing from third-party defendant Select Personnel Services, Inc. on any claim against said third-party defendant in this matter.
5. Counter claimant Flight Safety International takes nothing from counter defendants Trishan Air, Inc., Kerry Acquisitions, LLC, or Koosharem Corporation on any claim against said counter defendants in this matter.
6. This Judgment will bear interest at the judgment rate until fully satisfied.

Dated: __May 31, 2011_____

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank , Judge
United States District Court for the Central District of California

NYDOCS1-968725.2

2

**CV 08-7294 VBF (CWx)**