Walter M. Yoka, SBN 94536
wyoka@yokasmith.com
Anthony F. Latiolait, SBN 132378
alatiolait@yokasmith.com
Jeffrey J. Gordon, SBN 193153
jgordon@yokasmith.com
YOKA & SMITH, LLP
777 S. Figueroa Street, Suite 4200
Los Angeles, CA 90017
Tel.: (213) 427-2300 - Fax: (213) 427-2330

David J. Adams
dadams@hpslaw.com
HALL PRANGLE & SCHOONVELD LLC
200 S. Wacker Drive, Suite 3300
Chicago, IL 60606
Tel.: (312) 267-6332 - Fax.: (312) 345-9608
Attorneys for Defendants, DASSAULT FALCON JET CORP. and DASSAULT AVIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRISHAN AIR, INC.; KERRY ACQUISITIONS, LLC; AND KOOSHAREM CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>DASSAULT FALCON JET CORP.; DASSAULT AVIATION; DASSAULT AIRCRAFT SERVICES; FLIGHT SAFETY INTERNATIONAL; and DOES 2 through 10,<br><br>Defendants. | Case No.: CV 08-07294 VBF (CWx)<br><br>Judge. Hon. Vaerie Baker Fairbank<br>Magistrate Judge: Hon Carla Woehrle<br><br>AMENDED JUDGMENT<br><br>Trial Date: May 3, 2011<br>Time: 9:00 a.m.<br>Courtroom: 9 |

1

[PROPOSED]AMENDED JUDGMENT

384444.1

This matter was duly tried before a jury, commencing on May 3, 2011 with the Honorable Valerie Baker Fairbank presiding.  The matter was submitted to the jury in two phases, the first was on the issue of liability and the second on the issue of damages.   The submission to the jury came by means of special verdict form.

On May 20, 2011 and May 25, 2011 respectfully, the jury returned its verdict by way of answering the special verdict forms submitted.  On May 31, 2011 the Court signed the proposed Judgment submitted by Plaintiffs with the proviso that all issues related to the verdict and proposed Judgment would be taken up in post trial motions.

On July 29, 2011 the Court issued its ruling on post trial motions by way of a comprehensive order that granted in part Dassault's Motion to Amend the Judgment to reflect judgment in favor of Dassault on the negligence, strict liability, and implied warranty claims, and granted in part Dassault's Motion to Amend the Judgment to reduce Plaintiffs' principal damage award on the breach of express warranty claim by 70%, and granted in part Plaintiffs' Motion to Amend Judgment to Add Prejudgment Interest.

ACCORDINGLY IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of Defendants Dassault Falcon Jet Corp. and Dassault Aviation and against Plaintiffs Trishan Air, Inc., Kerry Acquisitions, LLC and Koosharem Corporation on Plaintiffs' claims for product liability, negligence, and breach of implied warranty.  As to those claims Plaintiffs Trishan Air, Inc., Kerry Acquisitions, LLC and Koosharem Corporation shall take nothing from Defendants Dassault Falcon Jet Corp. and Dassault Aviation.
2. On the claim of  Plaintiffs Trishan Air, Inc., Kerry Acquisitions, LLC and Koosharem Corporation for breach of express warranty, pursuant to the jury's

    finding of fault, Plaintiffs shall recover from Defendants Dassault Falcon Jet Corp. and Dassault Aviation the sum of $3,507,996.86 which represents the total principal damages found by the jury ($11,693,222,85) reduced by the percentage of fault attributed to the Plaintiffs by the jury (70%).

3. Plaintiffs shall take nothing from defendant FlightSafety International Inc. on any claim against said defendant in this matter.

4. Defendant and third-party plaintiff FlightSafety International, Inc. take nothing from third-party defendant Select Personnel Services, Inc. on any claim against said third-party defendant in this matter.

5. Counter-claimant FlightSafety International takes nothing from counter-defendants Trishan Air, Inc. Kerry Acquisitions, LLC or Koosharen Corporation on any claim against said counter-defendants in this matter.

6. Pursuant to Cal. Civ. Code § 3287(b), Plaintiffs Trishan Air, Inc., Kerry Acquisitions, LLC and Koosharem Corporation shall recover from Defendants Dassault Falcon Jet Corp. and Dassault Aviation the sum of $412,903.57 in prejudgment interest on the diminution of the aircraft's value and loss of use of the aircraft.

7. Prevailing parties to recover costs in an amount to be determined by the Court.

8. This Amended Judgment will bear interest at the judgment rate until fully satisfied.

Dated 8/11/11

United States District Court for the Central District of California

By: _____
    Valerie Baker Fairbank, U.S. District Judge